# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D2024-1831

————————————————

ISAIAH RIDLEY,

Petitioner,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

Respondent.

————————————————

Petition for Writ of Habeas Corpus—Original Jurisdiction.

July 30, 2025

PER CURIAM.

DISMISSED as unauthorized. *See Baker v. State*, 878 So. 2d 1236, 1245–46 (Fla. 2004).

RAY, KELSEY, and WINOKUR, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Isaiah Ridley, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.